FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 27 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREEN PARTY OF ARKANSAS, )
et. al., )
)
Plaintiffs, )
)
v. )  Civil Action No. 4-06-CV-000758 GH
)
CHARLIE DANIELS, in his official )
capacity as Secretary of State of the )
State of Arkansas, )
)
Defendant. )

## NOTICE OF RELATED CASE

**The following cases are closely related to the above captioned case:**

Title:   *Citizens to Establish a Reform Party v. Priest*
Court:   United States District Court, Eastern District, Arkansas.
         George Howard, Jr., District Judge, presiding.
Case:    LR-C-96-185
Date:    July 31, 1996

Title:   *Green Party of Arkansas v. Priest*
Court:   United States District Court, Eastern District, Arkansas, Western
         Division. George Howard, Jr., District Judge, presiding.
Case:    4:01CV00586 GH
Date:    September 17, 2001

1. *Green Party of Arkansas v. Daniels* is closely related to the above named cases and should be assigned to District Judge George Howard, Jr. in the interest of judicial economy.

2. In both *Citizens to Establish a Reform Party v. Priest* and *Green Party of Arkansas v. Priest*, Judge Howard dealt with the topic presently at issue: whether the disparity in signature requirements for recognizing new

political parties versus independent candidates is a violation of the Equal Protection Clause of the Fourteenth Amendment. The present action seeks to enforce those judgments holding the disparity to be unconstitutional, and the defendant has refused to recognize the validity of these prior decisions as to the unconstitutionality of the differing signature requirements. Assigning this case to a different judge would be a significant waste of judicial time and resources.

                              Respectfully Submitted,

                              BRYAN SELLS
                              Georgia State Bar No. 635562
                              American Civil Liberties Union
                                    Foundation, Inc.
                              2600 Marquis One Tower
                              245 Peachtree Center Avenue, NE
                              Atlanta, GA 30303
                              (404) 523-2721
                              (404) 653-0331 (fax)

                              *Holly Dickson* (signature)
                              HOLLY DICKSON
                              Arkansas State Bar No. 98137
                              American Civil Liberties Union
                                    of Arkansas, Inc.
                              904 West Second Street, Suite 1
                              Little Rock, AR 72201
                              (501) 374-2842

                              ATTORNEYS FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have served the attached pleading by U.S. Mail, first class postage prepaid, on the following attorney of record:

Mike Beebe
Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201

Tim Humphries, General Counsel
Arkansas Secretary of State
Room 256 State Capitol
Little Rock, AR  72201

This 27 day of June, 2006.

*Holly Dickson*