IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREEN PARTY OF ARKANSAS, )
et. al., )
 )
    Plaintiffs, )
 )
v. ) Civil Action No. 4-06-CV-000758GH
 )
CHARLIE DANIELS, in his official )
capacity as Secretary of State of the )
State of Arkansas, )
 )
    Defendant. )

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and for the reasons set forth in their brief, the plaintiffs respectfully move this Court for a preliminary injunction prohibiting defendant Daniels, in his official capacity as Secretary of State, his agents, servants and employees, and all persons in active concert or participation with him, from failing to recognize the Green Party of Arkansas as a new political party, when they have submitted to the Secretary of State for certification over 10,000 signatures and for such other relief as the Court deems equitable and just.

Respectfully submitted,

BRYAN SELLS
Georgia State Bar No. 635562
American Civil Liberties Union
    Foundation, Inc.
2600 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA  30303
(404) 523-2721
(404) 653-0331 (fax)


*/s/ Holly Dickson*
HOLLY DICKSON
Arkansas State Bar No. 98137
American Civil Liberties Union
    of Arkansas, Inc.
904 West Second Street, Suite 1
Little Rock, AR 72201
(501) 374-2842

ATTORNEYS FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have served the attached pleading by U.S. Mail, first class postage prepaid, on the following attorney of record:

Mike Beebe
Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201

Tim Humphries, General Counsel
Arkansas Secretary of State
Room 256 State Capitol
Little Rock, AR  72201

This 27th day of June, 2006.

*Holly Dickson*