IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREEN PARTY OF ARKANSAS,
JIM LENDELL and MARK SWANEY                                    PLAINTIFFS

v.                              No. 4:06CV00758 GH

CHARLIE DANIELS, in his official capacity as
Secretary of State of the State of Arkansas                    DEFENDANT

## JUDGMENT

In accordance with the separate memorandum opinion and order filed this date, judgment

is hereby entered in favor of plaintiffs and it is ordered and declared that:

1.      The three percent requirement to certify a new political party under Ark. Code Ann. §

        7-7-205 violates plaintiffs' associational rights guaranteed by the First and Fourteenth

        Amendments to the United States Constitution, as enforced by 42 U.S.C. §1983.

2.      Defendant, in his official capacity as Secretary of State, is enjoined from failing to recognize

        the Green Party of Arkansas and he is directed to allow plaintiffs ballot access for the

        general election this November 2006.

3.      The Court hereby awards plaintiffs their costs and reasonable attorney's fees under 42

        U.S.C. § 1988.

        DATED this 23rd day of August, 2006.

                                        _George Howard, Jr._
                                        UNITED STATES DISTRICT JUDGE