IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREEN PARTY OF ARKANSAS,     )
et al.,                                              )
                                                        )
        Plaintiffs,                              )
                                                        )
            v.                                       )     Civil Action No. 4-06-CV-
                                                        )     000758GH
CHARLIE DANIELS, in his official    )
capacity as Secretary of State of     )
the State of Arkansas,                    )
                                                        )
        Defendant.                           )

**STATUS REPORT**

        The parties submit this Status Report to notify the Court that the

issue of attorneys' fees has been resolved.  More specifically:

        1.      The Court issued a Memorandum Opinion and Order and a

Judgment in this case on August 23, 2006.

        2.      Upon motion, the Court issued an Order on August 30,

2006, allowing Plaintiffs an extension of time for filing their petition for

attorneys' fees so that they might try to resolve the fee matter without

further litigation in this Court and because a final tally of expenses was

not yet available.  The Order set the deadline for filing the fee petition for

October 4, 2006.

        3.      The parties have been able to resolve the issue of attorneys'

fees.

Therefore, the issues brought before the Court have been resolved. The parties extend their appreciation to the Court for granting them such time and for its service in the case.

Respectfully submitted,

**/s/ Bryan Sells**
Georgia State Bar No. 635562
American Civil Liberties Union
 Foundation, Inc.
2600 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA  30303

**/s/ Holly Dickson**
Arkansas Bar No. 98137
American Civil Liberties Union
 of Arkansas, Inc.
904 West Second Street, Ste. 1
Little Rock, Arkansas  72201

ATTORNEYS FOR THE PLAINTIFFS

and

**/s/ Brian G. Brooks**
Bar No. 94209
Brian G. Brooks
Attorney at Law, PLLC
Attorney for Defendant
P.O. Box 605
Greenbrier, AR 72058
(501) 733-3457
bgblawfirm@sbcglobal.net

ATTORNEY FOR THE DEFENDANT